| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| | 93-CR-1073 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 2:06-CR-00019 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Anthony Charles Prince | Eastern District of New York | Brooklyn, New York |
| 1144 Kearsarge Court | NAME OF SENTENCING JUDGE | |
| Virginia Beach, VA. 23454 | The Honorable Reena Raggi, U.S. Circuit Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/10/03 | TO 11/9/08 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (two counts).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___New York___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Virginia___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 12, 2006
_Date_

s/Reena Raggi
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Virginia___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/26/06
_Effective Date_

Henry Coke Morgan
_United States District Judge_